SMITH v. TILLINGHAST. BLAIR v. SAME. (Circuit Court of Appeals, Ninth Circuit. September 12, 1899.) Nos. 511, 512. Appeals from the Circuit Court of the United States for the Western Division of the District of Washington. T. W. Hammond, for plaintiff. P. Tillinghast, in pro. per. Dismissed, with costs.

---

THE SOUTH PORTLAND. (Circuit Court of Appeals, Ninth Circuit.) No. 529. Appeal from the District Court of the United States for the Northern Division of the District of Washington. Metcalf & Jurey, for appellants. P. D. Hughes, for appellees. Dismissed, with costs and interest and 10 per cent. damages, pursuant to Rule 30, § 4, on amounts found due by decree of district court. See 95 Fed. 295.

---

STROWGER AUTOMATIC TEL. EXCH. v. AUTOMATIC TEL. EXCH. CO., Limited. (Circuit Court of Appeals, Seventh Circuit. June 13, 1899.) No. 583. Dismissed per stipulation of counsel.

---

THOMSON–HOUSTON ELECTRIC CO. v. UNION RY. CO. et al. (Circuit Court of Appeals, Second Circuit. October 29, 1898.) No. 76. Appeal from the Circuit Court of the United States for the Southern District of New York. Frederic H. Betts, for appellant. Charles E. Mitchell, for appellees. Dismissed, on consent.

---

UNION PAC. RY. CO. et al. v. CHICAGO, B. & Q. R. CO. (Circuit Court of Appeals, Eighth Circuit. May 8, 1899.) No. 1,154. Appeal from the Circuit Court of the United States for the District of Nebraska. William R. Kelly, John N. Baldwin, and G. M. Lambertson, for appellants. Charles J. Greene and Ralph W. Breckenridge, for appellee. No opinion. Affirmed, with costs, by a divided court. See (C. C.) 74 Fed. 989.

---

UNITED STATES v. APGAR et al. (Circuit Court of Appeals, Second Circuit. November 9, 1898.) No. 2. Appeal from the Circuit Court of the United States for the Southern District of New York. Henry L. Burnett, U. S. Atty. Comstock & Brown, for appellees. No opinion. Affirmed.

---

UNITED STATES et al. v. ATASKA PACKERS' ASS'N et al. (Circuit Court of Appeals, Ninth Circuit.) No. 437. Appeal from the Circuit Court of the United States for the District of Washington. Wilson R. Gay, for the United States. C. W. Dorr, for appellees. Dismissed.